Kevin R. Anderson (4786)
Jocelyn J. Rick (9508)
Kellie K. Nielsen (11416)
OFFICE CHAPTER 13 TRUSTEE
405 South Main St., Suite 600
Salt Lake City, UT 84111
Telephone:   (801) 596-2884
Facsimile:   (801) 596-2898
Email: kratrusteemail@ch13kra.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| In re: | Case No. 11-24007 |
|---|---|
| SCOTT CHRISTOPHER ROGERS<br>AMBER DAWN ROGERS | Chapter 13 |
| | Judge William T. Thurman |
| Debtors. | (Confirmation Hearing: *06/07/11 at 11:00 AM*) |

### TRUSTEE'S OBJECTION TO CONFIRMATION

Kevin R. Anderson, Chapter 13 Trustee, hereby objects to confirmation of the Debtors' plan and in support thereof represents as follows:

1.    This is a below-median case and the Debtors' plan provides for payments of $150.00 to return $1,000 to nonpriority unsecured creditors.

2.    The Debtor(s) failed to timely file the Domestic Support Obligation Creditor Matrix containing a complete list of DSO claimant(s) and their address as required by Local Rule 1007-2(b).

3.    It is uncertain if the Debtor(s) will be able to make regular plan payments because it appears they are receiving less income than listed on Schedule I.

4.      The Debtor must file a certification with the Court that he is current on all post-petition domestic support obligations.

5.      Schedule A fails to properly value the following asset(s): Real Property located at 1453 Harrier Street, Eagle Mountain, UT as the 2010 property tax assessment opines the value to be $191,724.

6.      The Trustee requests verification that the proposed Motion to Void Lien in paragraph 6(g) of the Plan involves a judicial lien that can be avoided under § 522(f).

THEREFORE, the Trustee objects to confirmation of the Debtors' plan.  If the Debtors are unable to resolve the Trustee's objection by the confirmation hearing, the Trustee will move to dismiss or convert this case.

DATED: May 2, 2011.

_____JR/s/_____
Kevin R. Anderson, Esq.
Standing Chapter 13 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 2, 2011, a true and correct copy of the foregoing paper was served electronically via CM/ECF to the persons listed below.

ROBERT S. PAYNE
ECF NOTIFICATION

The undersigned hereby certifies that on May 2, 2011, a true and correct copy of the foregoing paper was addressed to the following persons and deposited in the U.S. Mail, first-class postage prepaid.

SCOTT CHRISTOPHER ROGERS
AMBER DAWN ROGERS
1453 HARRIER ST
EAGLE MOUNTAIN, UT 84005


_____/s/_____
Office Chapter 13 Trustee